JOHN F. EBINGER, Respondent, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Appellant.

*Ebinger* v. *Syracuse Rapid Transit Ry. Co.*, 132 App. Div. 947, affirmed.
(Argued October 5, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles E. Spencer* for appellant.

*W. B. Matterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.